UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARILOU KAWWA VAZQUEZ,

       Plaintiff,

v.                                        Case No: 6:16-cv-1300-Orl-40DCI

RUBY LEWIS and FAMILY DOLLAR
STORES OF FLORIDA, LLC,

       Defendants.
                                  /

## ORDER

This cause is before the Court following the United States Magistrate Judge's review of Plaintiff's proposed Third Amended Complaint (Doc. 22), and subsequent hearing regarding jurisdiction. The United States Magistrate Judge has submitted a report recommending that this case is remanded to state court.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 19, 2017 (Doc. 28), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit Court in and for Orange County, Florida for all further proceedings.

3. The Clerk is **DIRECTED** to send a certified copy of this Order to the Clerk of the Court for the Circuit Court of the Ninth Judicial Circuit Court in and for Orange County, Florida.

**DONE AND ORDERED** in Orlando, Florida on June 6, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties